1  WILLIAM J. GOINES (SBN: 061290)
   KAREN ROSENTHAL (SBN: 209419)
2  CINDY HAMILTON (SBN: 217951)
   GREENBERG TRAURIG, LLP
3  1900 University Avenue, Fifth Floor
   East Palo Alto, California 94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
5  Email: goinesw@gtlaw.com
   rosenthalk@gtlaw.com; hamiltonc@gtlaw.com
6
   Attorneys for Defendants Ferrellgas L.P.,
7  Ferrellgas, Inc., and Ferrellgas Partners L.P.

8  EILEEN R. RIDLEY (SBN 151735)
   FOLEY & LARDNER LLP
9  One Maritime Plaza
   Suite 600
10 San Francisco, CA 94111
   Telephone: 415-434-4484
11 Facsimile: 415-434-4507
   E-mail: eridley@foley.com
12
   Attorney for Defendants Amerigas Propane, Inc.,
13 Amerigas Partners, L.P., and Amerigas Propane, L.P.

14 (Additional Counsel shown on last page).

15
                   UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                       SAN FRANCISCO DIVISION
18

19
   BART FRAENKEL and DAVID JUDD, on        | Case No. C-09-02616 TEH
20 Behalf of Themselves and All Others     |
   Similarly Situated,                     | (Related by Court Order to
21                                          | Case No. CV 09-02493-TEH)
              Plaintiffs;                   |
22                                          |
   v.                                       | STIPULATION AND [~~PROPOSED~~] ORDER
23                                          | EXTENDING TIME TO ANSWER OR
                                            | OTHERWISE RESPOND TO PLAINTIFFS'
24 AMERIGAS PROPANE, INC., AMERIGAS        | COMPLAINT
   PARTNERS, L.P., AMERIGAS PROPANE,        | [Civil L.R. 6-1(a)]
25 L.P., FERRELLGAS, L.P., FERRELLGAS,      |
   INC., and FERRELLGAS PARTNERS L.P.      |
26                                          | Date Action Filed: June 12, 2009
              Defendants.                   |
27

28

1  Come now Plaintiffs BART FRAENKEL and DAVID JUDD, on Behalf of Themselves and
2  All Others Similarly Situated, and Defendants AMERIGAS PROPANE, INC., AMERIGAS
3  PARTNERS, L.P., AMERIGAS PROPANE, L.P., FERRELLGAS, L.P., FERRELLGAS, INC. and
4  FERRELLGAS PARTNERS, L.P. (collectively "Defendants") by and through their respective
5  counsel, and pursuant to United States District Court, Northern District of California Civil Local Rule
6  6-1(a), hereby stipulate that Defendants shall have up to July 16, 2009, within which to answer or
7  otherwise respond to Plaintiffs' complaint.  The Defendants reserve all rights relating to such
8  response to Plaintiffs' complaint.
9  IT IS SO STIPULATED

Dated: July 1, 2009                    KAPLAN FOX & KILSHEIMER LLP


                                       By:_____
                                           Linda M. Fong

                                       Attorneys for Plaintiffs BART FRAENKEL and
                                       DAVID JUDD


Dated: July 1, 2009                    GREENBERG TRAURIG, LLP


                                       By:_____
                                           William J. Goines
                                           Karen Rosenthal
                                           Cindy Hamilton

                                              -and-

                                           Gregory A. Nylen

                                       Attorneys for Defendants  FERRELLGAS, L.P.,
                                       FERRELLGAS, INC. and FERRELLGAS
                                       PARTNERS, L.P

Dated: July 1, 2009

FOLEY & LARDNER LLP

By: _____
    Eileen R. Ridley

Attorneys for Defendants Amerigas Propane, Inc., Amerigas Partners, L.P., and Amerigas Propane, L.P.

Additional Counsel:

GREGORY A. NYLEN (SBN: 151129)
GREENBERG TRAURIG LLP
2450 Colorado Ave Ste 400E
Santa Monica, CA 90404
Telephone: 310-586-7700
Facsimile:  310-586-7800
E-mail: nyleng@gtlaw.com

Attorneys for Defendants Ferrellgas, L.P., Ferrellgas, Inc., and Ferrellgas Partners L.P.

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: 07/01/09

_____
Honorable Thelton E. Henderson
Judge of the United States District Court

*[Signed: Judge Thelton E. Henderson]*
*[Seal: United States District Court, Northern District of California]*